IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

JEREMY SAENZ, On Behalf Himself All
Others Similarly Situated,

      Plaintiff,

v.                                      Case No. 2:14-525-RB/GBW

ROD'S PRODUCTION SERVICES, LLC
and RODNEY SMITH,

      Defendants.

## ORDER GRANTING TRANSFER

This cause is before the Court on the parties' Joint Motion to Transfer Case for Purposes of Consolidation out of District (*doc. 172*). The Court finds that the motion should be GRANTED. This case is hereby transferred to the United States District Court for the Western District of Oklahoma for the purposes of consolidation with *Saenz v. Erick Flowback Services, LLC and Mark Snodgrass*, Case No. 5:14-cv-00593 in front of the Honorable Timothy DeGiusti.

_____
United States District Judge

1